IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARC STRICKLAND, individually and as representative of the ESTATE OF MARC "JR" STRICKLAND, deceased,<br><br>Plaintiffs,<br><br>VS.<br><br>DALLAS INDEPENDENT SCHOOL DISTRICT, JOHN DOE COMPANY I, and JOHN DOE COMPANY II,<br><br>Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. 3:22-CV-0056-D |

## **JUDGMENT**

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that plaintiffs' action against defendant Dallas Independent School District ("DISD") is dismissed with prejudice.

DISD's taxable costs of court, as calculated by the clerk of court, are assessed against plaintiffs.

Pursuant to Fed. R. Civ. P. 54(b), the court expressly determines that there is no just reason for delay and directs the clerk of court to enter this as a final judgment.

Done at Dallas, Texas August 3, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE